UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEE ROWZEE, JR., | No. 2: 13-cv-0145 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DAAIYALLAH FARDAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with this action brought pursuant to 42 U.S.C. § 1983, the Americans with Disabilities Act and the Religious Land Use and Institutionalized Persons Act. On July 22, 2013, defendants filed a motion to dismiss pursuant to Federal Rule Civil Procedure 12(b)(6).

On August 8, 2013, plaintiff filed a letter with the court stating that he received from defendants a proof of service for the motion to dismiss, but the document attached to the proof of service is a declaration filed in <u>Coleman v. Brown</u>, 2: 90-cv-0520 LKK JFM P. Good cause appearing, defendants are directed to re-serve their motion to dismiss on plaintiff.

On August 10, 2013, plaintiff filed a motion for summary judgment. Defendants' motion to dismiss should be resolved before consideration of plaintiff's motion for summary judgment. For that reason, plaintiff's summary judgment motion is vacated without prejudice to its refiling following resolution of defendants' motion to dismiss.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 10, 2013 summary judgment motion (ECF No. 18) is vacated;
2. Within seven days of the date of this order, defendants shall reserve plaintiff with their motion to dismiss and file proof of service with the court.

Dated:  August 15, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Row145.ord