1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    HOWARD LEE ROWZEE, JR.,                      No.  2:  13-cv-0145 KJN P

12              Plaintiff,

13        v.                                        ORDER AND FINDINGS AND
                                                    RECOMMENDATIONS
14    DAAIYALLAH FARDAN, et al.,

15              Defendants.

16

17        On July 22, 2013, defendants filed a motion to dismiss pursuant to Fed. R. Civ. P.

18    12(b)(6).  On August 8, 2013, plaintiff filed a letter with the court stating that he had not received

19    defendants' motion.  On August 15, 2013, the court directed defendants to re-serve plaintiff with

20    the motion to dismiss and file proof of re-service with the court.

21        On August 15, 2013, defendants filed proof of re-service of their motion to dismiss on

22    plaintiff on that date.  Plaintiff has not opposed the motion.

23        Local Rule 230(l) provides in part:  "Failure of the responding party to file written

24    opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

25    the granting of the motion . . . ."  On May 2, 2013, plaintiff was advised of the requirements for

26    filing an opposition to a motion to dismiss and that failure to oppose such a motion may be

27    deemed a waiver of opposition to the motion.

28    ////

1

1    Accordingly, plaintiff's failure to oppose should be deemed a waiver of opposition to the

2  granting of the motion.

3    IT IS HEREBY ORDERED   that the Clerk of the Court shall assign a district judge to

4  this action; and

5    IT IS HEREBY RECOMMENDED that:

6    1.  Defendants' motion to dismiss (ECF No. 19) be granted; and

7    2.  This action be dismissed.

8    These findings and recommendations are submitted to the United States District Judge

9  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

10  after being served with these findings and recommendations, any party may file written

11  objections with the court and serve a copy on all parties.  Such a document should be captioned

12  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

13  objections shall be filed and served within fourteen days after service of the objections.  The

14  parties are advised that failure to file objections within the specified time may waive the right to

15  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

16  Dated:  September 20, 2013

17

18  _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

19  row145.dis

20

21

22

23

24

25

26

27

28

2